```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01683
   HATTIE L COLEMAN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7286

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 01/25/2008 and was confirmed 04/07/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 11/03/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
FISHER & SHAPIRO           NOTICE ONLY     NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED          361.29          .00           .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG        .00           .00           .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE        .00           .00           .00
OCWEN FEDERAL BANK         NOTICE ONLY     NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED          911.45          .00           .00
CITY OF CHICAGO WATER DE   SECURED            356.00          .00        207.69
JEFFERSON CAPITAL SYSTEM   UNSECURED          612.28          .00           .00
CCA                        UNSECURED      NOT FILED           .00           .00
CCA                        UNSECURED      NOT FILED           .00           .00
CDA PONTIAC                UNSECURED      NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED           .00           .00
DRS BONDED COLLECTION      UNSECURED      NOT FILED           .00           .00
DRS BONDED COLLECTION      UNSECURED      NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED          355.21          .00           .00
MERCHANTS CR               UNSECURED      NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED      NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          357.83          .00           .00
LEGAL HELPERS PC           DEBTOR ATTY      2,774.00                    1,402.31
TOM VAUGHN                 TRUSTEE                                        140.00
DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              1,750.00

PRIORITY                                       .00
SECURED                                     207.69
UNSECURED                                      .00
ADMINISTRATIVE                            1,402.31
```

PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 01683 HATTIE L COLEMAN

```
TRUSTEE COMPENSATION                                            140.00
DEBTOR REFUND                                                      .00
                                      ----------------   ----------------
TOTALS                                        1,750.00           1,750.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
   Dated: 02/24/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

                          PAGE   2
        CASE NO. 08 B 01683 HATTIE L COLEMAN